**Recommendation Terminating Probation/Supervised Release
Prior to Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 1:11CR00309 LJO |
| ) | |
| NATASHA PAIREE JONES ) | |
| ) | |

**LEGAL HISTORY:**

On November 16, 2009, the above-named was placed on Supervised Release for a period of 3 years, in reference to the offense of 21 USC 846, 841(a)(1) and (b)(1)(B)(viii), Conspiracy to Possess With the Intent to Distribute Methamphetamine, a Scheduled II Controlled Substance. Supervision commenced on May 20, 2011. Special conditions included a requirement for: warrantless search, drug aftercare, abstain from alcohol.

**SUMMARY OF COMPLIANCE:**

Ms. Jones has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that probationer/supervisee has derived maximum benefit from supervision and is not in need of continued supervision.

Re:     Natasha Pairee JONES
        Docket No.:   1:11CR00309 LJO
        RECOMMENDATION TERMINATING
        PROBATION/SUPERVISED RELEASE
        <u>PRIOR TO EXPIRATION DATE</u>


**RECOMMENDATION:**


It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.


                        Respectfully submitted,

                        /s/ Frank Esquivel

                        **FRANK ESQUIVEL**
                        **Senior United States Probation Officer**

Dated:      April 9, 2013
            Bakersfield, California
            FE:dk



                        /s/ Thomas A. Burgess
**REVIEWED BY:**     _____
                        **THOMAS A. BURGESS**
                        **Supervising United States Probation Officer**


cc:     AUSA - Unassigned
        (Pursuant to Rule 32, notice of proposed relief to the probationer/supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35 - Report and Order Terminating Probation/Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)


IT IS SO ORDERED.

**Dated:   May 1, 2013**          **/s/  Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE

2